25 F. Supp.2d 366

E.I. DuPont de Nemours & Co., Hoechst Celanese Corp. and ICI Americas Inc., plaintiffs *v.* United States, defendant, and SKC Ltd., SKC America, Inc., Cheil Synthetics, Inc., Samsung America, Inc., STC Corp., STC of America, Inc., American Tape Co., and Kolon Industries, Inc., defendant-intervenors

Court No. 95–09–01216

(Dated November 23, 1998)

## JUDGMENT

Tsoucalas, *Senior Judge:* This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's (Commerce) *Final Results of Redetermination Pursuant to Court Remand, E.I. DuPont de Nemours & Company v. United States, Slip Op. 98–35, March 26, 1998, Court No. 95–09–01216* ("Remand Results"), filed June 26, 1998, and upon finding that Commerce complied with the Court's remand, hereby

ORDERS that the Remand Results are affirmed in their entirety; and further

ORDERS that, no comments to the Remand Results having been received and all other issues having been decided, this case is dismissed.